# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Michael Cassabon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-00799-DCN |
| The Bishop of Charleston, a Corporation Sole, and Robert E, Guglielmone, Bishop of Charleston | ) ) | |
| *Defendants* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the plaintiff

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The court does not have subject-matter jurisdiction and must dismiss this case.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion to dismiss.

Date: August 14, 2019

*CLERK OF COURT*

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*